**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 3, 2011.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00390-CV

———————

**DUNHAM ENGINEERING, INC., Appellant**

**V.**

**THE SHERWIN-WILLIAMS COMPANY, Appellee**

**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 56164**

## M E M O R A N D U M   O P I N I O N

This appeal arises from an order signed April 18, 2011, denying Dunham Engineering's motion to dismiss for failure to file a certificate of merit. *See* Tex. Civ. Prac. & Rem. Code § 152.002. On October 26, 2011, appellee filed an unopposed motion to dismiss the appeal as moot on the grounds a notice of non-suit has been filed. Attached to appellee's motion are the notice of non-suit and an order of non-suit signed October 24, 2011, by the trial court dismissing the underlying cause.

Accordingly, appellee's motion is granted and the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Brown, Boyce, and McCally.